UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Liban G.,<br><br>  Petitioner,<br><br>v.<br><br>Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement,<br><br>  Respondents. | Case No. 26-CV-0301 (SRN/ECW)<br><br>**ORDER TO SHOW CAUSE** |

Abdulwahid Osman, Abdulwahid Law Firm PLLC, 2929 Chicago Ave., Ste. 110, Minneapolis, MN 55407, and Robin Chandler Carr, Law Office of Robin Carr, 2929 Chicago Ave., Ste. 110, Minneapolis, MN 55407, for Petitioner

Ana Voss and Justin Merak Page, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

___

SUSAN RICHARD NELSON, United States District Judge

**IT IS HEREBY ORDERED THAT**:

1. Respondents shall appear for a video hearing tomorrow, January 23, 2026, at 2:00 p.m. CST, via Zoom, prepared to show cause why they should not be held in contempt of court.

2. Respondents have violated three orders of this Court.

1

3. First, they violated this Court's January 15, 2025 Order to Show Cause [Doc. No. 5] by moving Petitioner, Liban G., out of the District of Minnesota during the pendency of his Petition for a Writ of Habeas Corpus, despite the Court's express order that Petitioner remain in Minnesota.

4. Second, they violated this Court's January 16, 2026 Temporary Restraining Order [Doc. No. 8] requiring Respondents to return Petitioner to Minnesota no later than 5:26 p.m. CST on January 18, 2026.

5. Third, they violated this Court's January 20, 2026 Text-Only Order requiring Respondents to provide a daily update, no later than 5:00 p.m. CST, on the status of transporting Petitioner back to Minnesota. Respondents failed to provide an update on January 22, 2026.

6. The following persons shall attend the show cause hearing:

    a. Respondents' counsel of record, Ana Voss and Justin Merak Paige;

    b. The ICE Officer in Texas responsible for Liban G.'s return to Minnesota; and

    c. One or both of Petitioner's counsel.

7. On or before 9:00 a.m. CST on January 23, 2026, Respondents shall identify the ICE Officer in Texas responsible for Liban G.'s return to Minnesota.

8. The Court will email a link for the Zoom hearing by 9:00 a.m. CST on January 23, 2026.

Dated: January 22, 2026                                  s/Susan Richard Nelson
                                                         SUSAN RICHARD NELSON
                                                         United States District Judge