UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Liban G.,<br><br>        Petitioner,<br><br>v.<br><br>Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement,<br><br>        Respondents. | Case No. 26-CV-0301 (SRN/ECW)<br><br><br>**ORDER TO SHOW CAUSE** |

Abdulwahid Osman, Abdulwahid Law Firm PLLC, 2929 Chicago Ave., Ste. 110, Minneapolis, MN 55407, and Robin Chandler Carr, Law Office of Robin Carr, 2929 Chicago Ave., Ste. 110, Minneapolis, MN 55407, for Petitioner

Ana Voss and Justin Merak Page, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

---

SUSAN RICHARD NELSON, United States District Judge

      For the fourth time, Respondents have failed to comply with an Order of this Court. Most recently, they have failed to comply with the Court's January 23, 2026 Order granting Petitioner's Habeas Petition and ordering his immediate and safe release, no later than 5:00 p.m. today [Doc. No. 18]. Respondents' counsel, Mr. Page, informed the Court via email at 5:41 p.m. this evening that Respondents "are still working on Petitioner's release." Mr.

1

Page represented that he advised Respondents, his clients, "to communicate with Petitioner's counsel on coordinating [Petitioner's] release and get him released."

It is the responsibility of defense counsel to ensure that Petitioner is released and to communicate directly with Respondents and Petitioner's counsel. Respondents have not demonstrated compliance with orders of this Court absent the involvement of their legal counsel.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT**:

1. Beginning with the issuance of this Order to Show Cause, Counsel of Record for Respondents, Mr. Page and Ms. Voss, shall be in hourly contact with Petitioner's counsel to discuss the timing of Petitioner's release and to ensure that he is safely released in light of the dangerous winter weather conditions.

2. Counsel for Respondents shall confirm with the Court no later than 10 p.m. today, January 23, 2026, that they have communicated with Petitioner's counsel, as required, and report the status of their progress in obtaining Petitioner's safe release.

3. If Petitioner is not safely released by noon tomorrow, January 24, 2026, following consultation with his counsel, Respondents' counsel shall do the following:

    a. Continue to communicate with Petitioner's counsel on an hourly basis on their progress in obtaining Petitioner's safe release, as set forth in Paragraph 1;

    b. Inform the Court on their progress in obtaining Petitioner's safe release by filing letters daily at 1:00 p.m. and 5:00 p.m. until his release; and

    c. Appear for a video hearing on Monday, January 26, 2026, at 9:30 a.m., via Zoom, prepared to show cause why they should not be held in contempt of court for failing to release Petitioner as ordered by this Court.

    (1) All Respondents' counsel of record shall appear at the show cause hearing, along with the ICE Officer responsible for processing Petitioner's release.  One or both of Petitioner's counsel shall attend the show cause hearing.

    (2) Respondents shall identify the ICE Officer responsible for processing Petitioner's release no later than noon tomorrow, January 24, 2026.

    (3) The Court will email a link for the Zoom hearing no later than 8:00 a.m. on January 26, 2026.

Dated: January 23, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge