UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Liban G., <br><br> Petitioner, <br><br> v. <br><br> Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement, <br><br> Respondents. | Case No. 26-CV-0301 (SRN/ECW) <br><br><br> **ORDER** |

Abdulwahid Osman, Abdulwahid Law Firm PLLC, 2929 Chicago Ave., Ste. 110, Minneapolis, MN 55407, and Robin Chandler Carr, Law Office of Robin Carr, 2929 Chicago Ave., Ste. 110, Minneapolis, MN 55407, for Petitioner

Ana Voss and Justin Merak Page, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

___

SUSAN RICHARD NELSON, United States District Judge

Following the entry of the Court's January 23, 2026 Order to Show Cause [Doc. No. 10], defense counsel emailed the Court at 9:58 p.m. on January 23, with an update on the status of Petitioner's release from custody.

In light of defense counsel's representation that Petitioner Liban G. was released from custody at 9:32 p.m. last night, defense counsel is relieved from any further obligations to communicate with Petitioner's counsel and the Court. The Court will issue

1

a notice to cancel the show cause hearing, currently scheduled for January 26, 2026, which is no longer necessary.

Dated: January 24, 2026    <u>s/Susan Richard Nelson</u>
SUSAN RICHARD NELSON
United States District Judge